# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BONELL, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-cv-02339 |
| v. | ) ) ) | Honorable John Robert Blakey |
| COFFEE MEETS BAGEL, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT COFFEE MEETS BAGEL, INC.'S MOTION TO DISMISS AND MOTION TO TRANSFER PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Coffee Meets Bagel, Inc. ("CMB") hereby moves to dismiss Plaintiff's Class Action Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to transfer Plaintiff's case to the District of Delaware pursuant to 28 U.S.C. 1404.

In support of its motion, CMB submits, contemporaneously herewith, its Memorandum of Points and Authorities, the Declaration of David Miller in Support of CMB's Motion to Dismiss and Motion to Transfer Plaintiff's Class Action Complaint and all exhibits thereto.

WHEREFORE, CMB respectfully requests that the Court enter an order dismissing Plaintiff's Class Action Complaint with prejudice or, in the alternative, transferring Plaintiff's case to the District of Delaware, and for any other relief this Court deems appropriate.

Dated: May 13, 2019

                                               */s/ Steven P. Mandell*
                                                Steven P. Mandell

                                                Steven P. Mandell (ARDC # 6183729)
                                                **MANDELL MENKES LLC**
                                                1 N. Franklin, Suite 3600
                                                Chicago, Illinois 60606
                                                Telephone: (312) 251-1000
                                                Facsimile: (312) 251-1010

                                                Attorneys for Defendant
                                                *Coffee Meets Bagel, Inc.*

*Of Counsel*:

Tyler Newby
Matthew Becker
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of **DEFENDANT COFFEE MEETS BAGEL, INC.'S MOTION TO DISMISS AND MOTION TO TRANSFER** was served via electronic filing on May 13, 2019, on the following party of record:

> Eugene Y. Turin
> David L. Gerbie
> Jad Sheikali
> **MCGUIRE LAW, P.C.**
> 55 W. Wacker Drive, 9th Fl.
> Chicago, IL 60601
> eturin@mcgpc.com
> dgerbie@mcgpc.com
> jheikali@gmail.com
> *Counsel for Plaintiff*

          */s/ Steven P. Mandell*
          Steven P. Mandell

2