```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   JOHN BONELL,                      ) Docket No. 19 CV 2339
                                       )
 4          Plaintiff,                 )
                                       ) Chicago, Illinois
 5             vs.                     ) June 18, 2019
                                       ) 9:45 o'clock a.m.
 6   COFFEE MEETS BAGEL,               )
                                       )
 7          Defendant.                 )

 8

 9             TRANSCRIPT OF PROCEEDINGS - Motion
            BEFORE THE HONORABLE JOHN ROBERT BLAKEY
10

11   APPEARANCES:

12   For the Plaintiff:       McGUIRE LAW PC
                              BY:  MR. JAD SHEIKALI
13                            55 West Wacker Drive
                              9th Floor
14                            Chicago, Illinois  60601

15
     For the Defendant:       MANDELL MENKES LLC
16                            BY:  MR. STEVEN P. MANDELL
                              One North Franklin
17                            Suite 3600
                              Chicago, Illinois  60606

18

19

20

21
                      Laura LaCien, CSR, RMR, CRR
22                       Official Court Reporter
                 219 South Dearborn Street, Suite 1212
23                     Chicago, Illinois  60604
                            (312) 408-5032
24

25
```

```
 1        (The following proceedings were had in open court:)
 2             COURTROOM DEPUTY:  19 C 2339, Bonell versus Coffee
 3   Meets Bagel.
 4             THE COURT:  Good morning, counsel.  Appearances.
 5             MR. MANDELL:  Good morning, your Honor.  Steve
 6   Mandell on behalf of Coffee Meets Bagel.
 7             MR. SHEIKALI:  Good morning, your Honor.  Jad
 8   Sheikali on behalf of plaintiff.
 9             THE COURT:  Counsel, do you intend to file another
10   motion to dismiss or an answer?
11             MR. MANDELL:  Another motion to dismiss, your Honor.
12             THE COURT:  Do you need to -- how long would you
13   need to revise your motion?
14             MR. MANDELL:  I would ask for 21 days, your Honor.
15             THE COURT:  Can I have a 21-day date for the filing
16   of a revised motion to dismiss?
17             COURTROOM DEPUTY:  July 9th.
18             THE COURT:  How long do you need for a response,
19   counsel?
20             MR. SHEIKALI:  28 days please, your Honor.
21             THE COURT:  That's good, Gloria?
22             COURTROOM DEPUTY:  Sorry, Judge.  Give me one
23   moment.
24             THE COURT:  This is just for the filing.
25             COURTROOM DEPUTY:  Okay.  August 6th.
```

```
 1              THE COURT:  How long for a reply, counsel?
 2              MR. MANDELL:  14 days, your Honor.
 3              THE COURT:  14 for a reply.
 4              COURTROOM DEPUTY:  August 20th.
 5              THE COURT:  And then give me the second week of
 6   September for hearing.
 7              COURTROOM DEPUTY:  Wednesday, September 11th at
 8   9:45.
 9              THE COURT:  Is that good for the parties for hearing
10   on the motion to dismiss?
11              MR. SHEIKALI:  That works for plaintiff, your
12   Honor.
13              MR. MANDELL:  Yeah.  That will work, your Honor.
14              THE COURT:  All right.  Anything else I can help you
15   with today?
16              MR. SHEIKALI:  I think that's it.
17              THE COURT:  Good seeing you, counsel.
18              MR. SHEIKALI:  Thank you.
19              MR. MANDELL:  Thank you, Judge.
20       (Which concluded the proceedings in the above-entitled
21   matter.)
22
23
24
25
```

4

1 C E R T I F I C A T E

2 　　　　I hereby certify that the foregoing is a transcript

3 of proceedings before the Honorable John Robert Blakey on

4 June 18, 2019.

5

6 */s/Laura LaCien*

　　_____　　　　　　　　June 24, 2019

7 Laura LaCien　　　　　　　　　　　　　　　　　　　Date
　　Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25