### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN BONELL, individually and on behalf of similarly situated individuals, ) ) ) | |
| *Plaintiff*, ) | No. 19-cv-02339 |
| ) | |
| v. ) | Hon. John Robert Blakey |
| ) | |
| COFFEE MEETS BAGEL, INC., a Delaware corporation, ) ) ) | |
| *Defendant.* ) ) | |

### PLAINTIFF'S *UNOPPOSED* MOTION TO VACATE BRIEFING SCHEDULE ON DEFENDANT COFFEE MEETS BAGEL, INC.'S MOTION TO DISMISS

Plaintiff, John Bonell, through his undersigned counsel, hereby moves for entry of an Order vacating the briefing schedule on Defendant Coffee Meets Bagel, Inc.'s ("Defendant") Motion to Dismiss Plaintiff's First Amended Complaint. In support of his Motion, which is unopposed by Defendant, Plaintiff states as follows:

1. On July 12, 2019, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss") (Dkt. 29).

2. Plaintiff's deadline to respond to the Motion to Dismiss is currently September 17, 2019, and Defendant's deadline to file a reply is October 1, 2019. (Dkt. 37). The hearing on the Motion to Dismiss is currently set for December 3, 2019. (*Id*.)

3. Since Defendant filed its Motion to Dismiss, the Parties have engaged in discussions regarding potential resolution of this matter. In order to continue these efforts productively, Plaintiff conferred with Defendant about a temporary suspension of the current briefing schedule on the Motion to Dismiss. Defendant does oppose the relief sought in this filing.

2

4. Suspending the briefing schedule would benefit the Parties and this Court because it would allow the Parties to re-focus their resources on resolution while conserving judicial economy.

5. Thus, Plaintiff requests that the Court vacate the current briefing schedule (Dkt. 37) on Defendant's Motion to Dismiss and set the matter for status on resolution efforts.

6. Plaintiff brings this Motion in good faith and not for purposes of delay.

WHEREFORE, Plaintiff John Bonell respectfully requests that the Court enter an Order: (1) vacating the current briefing schedule (Dkt. 37) on Defendant's Motion to Dismiss (Dkt. 29); (2) striking the December 3, 2019 hearing on the Motion to Dismiss; and (3) setting the matter for status on resolution efforts on a date of the Court's choosing.

Date: September 17, 2019

Respectfully submitted,

JOHN BONELL, individually and on behalf of a class of similarly situated individuals

/s/ Jad Sheikali
*One of Plaintiff's Attorneys*

Evan M. Meyers
Jad Sheikali
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
jsheikali@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2019, I filed the foregoing *Plaintiff's Unopposed Motion to Vacate the Briefing Schedule on Defendant Coffee Meets Bagel, Inc.'s Motion to Dismiss* using the Court's CM/ECF Filing System, which will cause a true and correct copy to be sent via electronic transmission to all counsel of record.

/s/ Jad Sheikali