# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN BONELL, individually and on behalf of similarly situated individuals, | ) ) ) |
| *Plaintiff*, | ) No. 19-cv-02339 ) |
| v. | ) Honorable John Robert Blakey ) |
| COFFEE MEETS BAGEL, INC., a Delaware corporation, | ) ) ) |
| *Defendant.* | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Bonell voluntarily dismisses this action against Defendant Coffee Meets Bagel, Inc. Plaintiff's dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Date: November 6, 2019

Respectfully submitted,

JOHN BONELL, individually and on behalf of a class of similarly situated individuals

/s/ Jad Sheikali
*One of Plaintiff's Attorneys*

Evan M. Meyers
Jad Sheikali
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
jsheikali@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2019, I caused the foregoing *Notice of Voluntary Dismissal* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Jad Sheikali